UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARATHON PETROLEUM COMPANY )
LLC, a Delaware limited liability company )
                                          )
            Plaintiff,                    )        Hon. John Corbett O'Meara
                                          )
v.                                        )
                                          )        Case No. 07-15225
GREENDOME PETROLEUM, L.L.C a Michigan )
limited liability company, and GRAYSTONE  )
SERVICES GROUP, INC., a Michigan          )
corporation,                              )
                                          )
            Defendants.                   )
_____/

MILLER CANFIELD PADDOCK AND STONE, PLC
Amy M. Johnston (P51272)
Attorneys for Plaintiff, Marathon Petroleum Company LLC
840 W. Long Lake Road, Suite 200
Troy, MI 48098
(248)879-2000

Joseph E. Grenn (P40571)
Grenn & Grenn, P.C.
Attorneys for Defendants
5736 Chase Road
Dearborn, MI 48126
(313) 584-6580
_____/

### STIPULATED ORDER REGARDING
### PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND
### PRELIMINARY INJUNCTION

Plaintiff, Marathon Petroleum Company LLC, having filed a Motion for Temporary Restraining Order and Preliminary Injunction, and counsel for the parties having discussed the issues outlined in the pleadings, the parties hereby stipulate to entry of an Order granting Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction and requiring Defendants to re-commence operating the premises in accordance with the deed restrictions

recorded at Liber 35327, pp. 236-238 with Wayne County Register of Deeds by no later than December 20, 2007.

NOW THEREFORE, the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction is GRANTED, and Defendants shall re-commence operating the premises at issue in this case in accordance with the deed restrictions recorded at Liber 35327, pp. 236-238 with Wayne County Register of Deeds, by no later than December 20, 2007.

Date: December 18, 2007                           s/John Corbett O'Meara
                                                  United States District Judge


Stipulated and Agreed:

By:   /s/ Amy M. Johnston_____
      Amy M. Johnston
      Miller, Canfield, Paddock and Stone, P.L.C.
      Attorneys for Plaintiff
      840 W. Long Lake Road, Suite 200
      Troy, MI 48098
      248.879.2000
      Johnston@millercanfield.com
      51272

By:   /s/ Joseph E. Grenn (with permission)
      Joseph E. Grenn (P40571)
      Grenn & Grenn, P.C.
      Attorneys for Defendants
      5736 Chase Road
      Dearborn, MI 48126
      313.584.6580
      grennpc@yahoo.com